IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02615-GPG

RAYMOND ARMELINO,

    Applicant,

v.

RICK RAEMISCH, Exec Director Colorado Dept of Corrections,
BARRY GOODRICH, Warden, Bent County Correctional Facility,
CYNTHIA COFFMAN, Attorney General of the State of Colorado,

    Respondents.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    **ORDERED** that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED January 27, 2016, at Denver, Colorado.

                                 BY THE COURT:

                                 Gordon P. Gallagher
                                 United States Magistrate Judge